IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Ramon H

Printed: 6/10/08

Case Number: 07 B 13603
Judge: Wedoff, Eugene R
Filed: 7/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: April 24, 2008
Confirmed: September 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,804.98 |  |
| Secured: |  | 2,502.51 |
| Unsecured: |  | 0.00 |
| Priority: |  | 3,803.01 |
| Administrative: |  | 2,024.00 |
| Trustee Fee: |  | 475.46 |
| Other Funds: |  | 0.00 |
| Totals: | 8,804.98 | 8,804.98 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 2,024.00 | 2,024.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Ford Motor Credit Corporation | Secured | 37,856.98 | 2,452.98 |
| 4. | City Of Chicago | Secured | 990.48 | 49.53 |
| 5. | Saxon Mortgage Services Inc | Secured | 27,696.27 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 62.86 | 0.00 |
| 7. | Internal Revenue Service | Priority | 6,124.43 | 3,803.01 |
| 8. | Holy Cross Hospital | Unsecured | 275.17 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 744.97 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 106.54 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 103.45 | 0.00 |
| 12. | Linebarger Goggan Blair & Simpson | Priority | | No Claim Filed |
| 13. | Baker Miller Markoff & Krasny LLC | Unsecured | | No Claim Filed |
| 14. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| 17. | M3 Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 75,985.15 | $ 8,329.52 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 475.46 |
| | _____ |
| | $ 475.46 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Jones, Ramon H

Printed:  6/10/08

Case Number:  07 B 13603
Judge:  Wedoff, Eugene R
Filed:  7/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

